**From:** Ron Bowen <creativebenefits@yahoo.com>
**Date:** November 25, 2025 at 7:39:52 PM CST
**To:** sneatonscott@gmail.com
**Subject: James Eaton**

My name is Ron Bowen, I was one of his Sunday School teachers at First Baptist Church in Muskogee OK.  James was a very respectful young man, never caused any problems, never was disruptive and a little bit of a quiet boy.  The biggest memory that has stood out is he always made me laugh.  He would just say things that were funny, not demeaning or disrespectful, just funny.  He was active in our youth at First Baptist Church Muskogee and one summer he went on a mission trip to Dominican Republic.   I didn't go on that trip but to be eligible to go on an international mission trip a person has to pass a very stringent vetting process.

As far as the situation he is in now, I really just think he was just talking out loud and didn't mean anything vicious or threatening.

Ron Bowen


Sent from my IPhone
Ron Bowen



**EXHIBIT**

_N_