# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**DETAILS OF INVESTIGATION**

On August 4, 2025, HSI Special Agent (SA) Kameron Theede conducted a non custodial interview of  EATON at his residence regarding the X posts he made in June of 2025.

When agents spoke with EATON, he stated that he was the owner of the X account james_konkin and had made the X posts.

EATON did not apologize for making the post and seemed to show no remorse on his intention to incite harm/hurt ICE agents and Law Enforcement officials carrying out their duties.

EATON would not admit to owning or possessing any firearms but has posted photos of firearms on his X page.

Personal Present: HSI SAs K. Theede, P. Villarreal, J. Jennings, HSI TFOs D. Stach, L. Boyd, A. Duncan and OHP Troopers from Troop C in marked patrol car.

Investigation Continues.

## EXHIBIT A TO THIRD MOTION TO SUPPRESS

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| DA 280 - 25 - Dallas Threat - James EATON | TV05FA25TV0001-003 | 8/5/2025 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

U.S. v. Eaton, James Samuel -          4 - TV05FA25TV0001_003_ROI_Int

DEFENSE COPY                           erview_of_EATON.pdf                          00000007