**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 25-CR-226-JFH** |
| | ) | |
| **JAMES SAMUEL EATON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S OPPOSED
MOTION FOR LEAVE TO FILE REPLIES
<u>REGARDING DEFENDANT'S MOTIONS FILED APRIL 20-21, 2026</u>**

Defendant, James Samuel Eaton, respectfully submits this Opposed Motion for Leave to File Replies Regarding Defendant's Motions filed April 20-21, 2026. The three motions filed April 20-21, 2026 were: Defendant's First Omnibus Motion in Limine, Dkt. #64; Defendant's Sealed First Motion to Suppress, Dkt. #70; and Defendant's Sealed Second Motion to Suppress, Dkt. #71 (referred to together as the "Three Motions"). The government filed its responses to the Three Motions on May 4, 2026, Dkt. ## 84, 85, and 86; therefore, replies, if leave is granted, would be due May 11, 2026. The government was contacted by email and by telephone and stated that it objects to leave to file the replies.

This Court's Scheduling Order entered February 9, 2026 states that replies are not permitted without leave of Court and that they are limited to 5 pages. Dkt. #43, p. 3.

While the jury trial of this matter is currently scheduled for June 1, 2026, Mr. Eaton has filed an Unopposed Motion to Continue Jury Trial and Specified Scheduling Order Dates, Dkt. #87, on May 4, 2026. The Unopposed Motion to Continue Jury Trial requested that this case be set on the August 3, 2026 docket.

Given the complexity of the issues posed by the Three Motions, Mr. Eaton believes a reply regarding each of the Three Motions will be of assistance to this Court.

**WHEREFORE**, Mr. Eaton respectfully requests that this Court grant this Motion for Leave and grant him leave to file a reply brief on or before May 11, 2026 regarding each of the following: Defendant's First Omnibus Motion in Limine, Dkt. #64; Defendant's Sealed First Motion to Suppress, Dkt. #70; and Defendant's Sealed Second Motion to Suppress, Dkt. #71.

Respectfully submitted,

OFFICE OF THE FEDERAL PUBLIC DEFENDER
Scott Graham, Federal Public Defender

By: s/ *Barbara L. Woltz*
   Barbara L. Woltz, Oklahoma Bar # 12535
   Assistant Federal Public Defender
   112 N. 7th St.
   Muskogee, Oklahoma 74401
   Telephone: (918) 687-2430
   E-mail: Barbara_L_Woltz@fd.org
   Counsel for the Defendant

2

## CERTIFICATE OF SERVICE

I certify that on the 5th day of May, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s): **Terry Cameron McEwen**.

*s/ Barbara L. Woltz*