**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA,

        *Plaintiff,*

v.

 JAMES SAMUEL EATON,

        *Defendant.*

Case No.  CR-25-226-JFH

## UNITED STATES' UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE

Comes now the United States of America, by and through United States Attorney Christopher J. Wilson and Assistant United States Attorney T. Cameron McEwen for the Eastern District of Oklahoma, and hereby moves to dismiss the Indictment filed against the Defendant in the above-styled case without prejudice.  In support of its motion, the United States submits the following:

1. The United States has communicated with defense counsel by email and phone regarding this request.  Defense counsel has no objection to this Motion.

2. On November 13, 2025, the Defendant was charged by Indictment with one count of Solicitation to Commit a Crime of Violence, in violation of 18 U.S.C. § 373(a), and one count of Interstate Communications with a Threat to Injure the Person of Another, in violation of 18 U.S.C. § 875(c).  *See* Doc. 2.

3. On November 25, 2025, the Defendant was arraigned before United States Magistrate Judge D. Edward Snow.  *See* Doc. 10.  The Defendant's trial is set for August 3, 2026.  *See* Doc. 94.  The Defendant is currently out of custody pending trial.

4. On April 27, 2026, the Defendant filed his Third Motion to Suppress (Doc. 76).  A suppression hearing on the Motion is scheduled for May 26, 2026, before Magistrate Judge Snow.  *See* Doc. 95.  The United States' response to the Motion is due on May

20, 2026.  *See* Doc. 96.

5.  In preparation for the suppression hearing, the United States discovered matters which significantly impact the viability of the government's case.  Consequently, in the interests of justice, the United States moves to dismiss the Indictment filed against the Defendant.

6.  Rule 48(a) of the Federal Criminal Rules of Procedure permits the United States, with leave of the Court, to dismiss an indictment.

Wherefore, the United States of America respectfully requests the Court to dismiss the Indictment without prejudice and for all other relief which the Court deems just and proper.

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

*s/ T. Cameron McEwen*
T. CAMERON MCEWEN
AL Bar #7161R67M
Assistant United States Attorney
520 South Denison
Muskogee, OK 74401
Telephone: (918) 684-5100
Fax: (918) 684-5150
Cameron.McEwen@usdoj.gov

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2026, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Jarred L. Jennings, Attorney for the Defendant
Douglas G. Smith, II, Attorney for the Defendant
Barbara L. Woltz, Attorney for the Defendant
Neil D. Van Dalsem, Attorney for the Defendant

*s/  T. Cameron McEwen*
T. CAMERON MCEWEN
Office of the United States Attorney