**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA,

        **Plaintiff,**

v.                                         **Case No. 25-CR-226-JFH**

JAMES SAMUEL EATON,

        **Defendant.**

**OPINION AND ORDER**

Before the Court is an Unopposed Motion to Dismiss the Indictment against Defendant James Samuel Eaton filed by the United States of America ("Government").  Dkt. No. 106.

Under Federal Rule of Criminal Procedure 48(a), "courts must grant prosecutors leave to dismiss charges unless dismissal is clearly contrary to manifest public interest."  *United States v. Robertson*, 45 F.3d 1423, 1437 n.14 (10th Cir. 1995) (quoting *Rinaldi v. United States*, 434 U.S. 22, 30 (1977)).  Based on the facts set out in the motion, the Court concludes that dismissal of the charge against Defendant is not contrary to the public interest, nor is it for an improper purpose. Accordingly, the Government's motion to dismiss should be granted.

IT IS THEREFORE ORDERED that the Government's Motion to Dismiss [Dkt. No. 106] is GRANTED and the Indictment is dismissed without prejudice against Defendant James Samuel Eaton.

Dated this 20th day of May 2026.

_____
JOHN F. HEIL, III
CHIEF UNITED STATES DISTRICT JUDGE